UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICHARD J. McCORD, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF USA UNITED FLEET, INC. *et al.*,

                      Plaintiff,

-against-

DIVISION 1181 AMALGAMATED TRANSIT UNION–NEW YORK EMPLOYEES PENSION FUND, and DIVISION 1181 AMALGAMATED TRANSIT UNION–NEW YORK WELFARE FUND,

                      Defendants.

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**

Case No. 11-cv-2140 (NGG) (VMS)

---

Pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff, Richard J. McCord as Chapter 7 Trustee for the Bankruptcy Estates of USA United Fleet, Inc., USA United Transit Inc., USA United Bus Express, Inc., Tom Tom Escorts Only, Inc., Northeast Transit, Inc., Northeast Buses, Inc., and Northern Transit, Inc. (the "Chapter 7 Trustee"), Defendants and Counterclaim Plaintiffs Division 1181 A.T.U.–New York Employees Pension Fund and its Trustees and Division 1181 A.T.U.–New York Welfare Fund and its Trustees (collectively, the "Funds"), through the Funds' undersigned attorneys, and Dana Pristavec, William Moran, Dennis Scialpi, and Thomas Scialpi, the Individual Counterclaim Defendants/Cross-Claimants, by and through the Chapter 7 Trustee as assignee of the claims of Dana Pristavec, Dennis Scialpi, and William Moran, and as holder of a court approved settlement with Thomas Scialpi and his bankruptcy trustee authorizing this dismissal, hereby stipulate that all pending claims in this case between all parties be dismissed with prejudice with each party to bear its own costs and fees.

1

Dated: August 19, 2015

_____
RICHARD J. MCCORD
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, New York
Phone: (516) 296-7000
Email: rmccord@certilmanbalin.com

Chapter 7 Trustee for the Bankruptcy Estates of USA United Fleet Inc., USA United Transit Inc., USA United Bus Express Inc., Tom Tom Escorts Only, Inc., Northeast Transit, Inc., Northeast Buses, Inc., and Northern Transit, Inc.; assignee of the claims of Dana Pristavec, Dennis Scialpi, and William Moran; and holder of bankruptcy court approved settlement agreement with Thomas Scaipi and his bankruptcy trustee authorizing dismissal of Thomas Scialpi's claims.

-and-

_____
Jeffrey S. Swyers (PHV)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue N.W., Ste. 450
Washington D.C. 20036
Phone: (202) 797-8700
Email: jswyers@slevinhart.com

_____
Jeffrey D. Pollack
Mark S. Pomerantz
MINTZ & GOLD LLP
470 Park Avenue South
New York, NY 10016-6819
Phone: (212) 696-4848
Email: pollack@mintzandgold.com

2

                                  Attorneys for Defendants-Counterclaimants Division 1181 A.T.U.–New York Employees Pension Fund and its Trustees and Division 1181 A.T.U.–New York Welfare Fund and its Trustees.

SO ORDERED.

Dated: _____

                                  _____
                                  United States District Judge

20301461v1